

January 10, 2020

OUR FILE NUMBER
SEV07-41

**VIA ECF FILING**

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. In light of the anticipated Motion to Dismiss, the initial pretrial conference and early mediation deadline are ADJOURNED sine die. The Clerk of Court is directed to terminate ECF No. 11. SO ORDERED.
>
> January 14, 2020

Re: *Braulio Thorne on behalf of himself and all other persons similarly situated v. 7-Eleven, Inc.*, Case No. 1:19-cv-10072 JMF

Dear Judge Furman:

The parties write to request a postponement of the Court ordered early mediation and adjournment of the February 11, 2020 pretrial conference until after the Complaint is at issue. Currently, 7-Eleven's responsive pleading is not due until January 27, 2020, and 7-Eleven intends to file a Motion to Dismiss at that time. The parties have conferred, and are in agreement, that until the issues contemplated by the motion are briefed and adjudicated, a mediation would be unproductive and a pretrial conference would be premature. Therefore, the parties ask the Court to adjourn the early mediation deadline and pre-trial conference until after the pleadings are settled.

Very truly yours,

Michael S. Orr
For Call & Jensen
A Professional Corporation

MSO:jm