UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
BRAULIO THORNE, *on behalf of himself and all other*   :
*persons similarly situated*,     :
    :
    Plaintiffs,     :     19-CV-10072 (JMF)
    :
    -v-     :     DISMISSAL ORDER
    :
7-ELEVEN, INC.,     :
    :
    Defendant.     :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On July 22, 2020, Plaintiff was ordered to show cause by August 4, 2020, why this case should not be dismissed for failure to state a claim. ECF No. 22. Plaintiff has yet to file anything in response. In light of that, and in accordance with the Court's prior Order to Show Cause, this case is hereby DISMISSED with prejudice for the reasons stated in *Mendez v. Papa John's USA, Inc.*, 19-CV-9892, ECF No. 33, and *Lopez v. The Stop & Shop Supermarket Company LLC*, 19-CV-9913, ECF No. 39.

    The Clerk of Court is directed to terminate ECF No. 18, to enter judgment in favor of Defendant, and to close this case.

    SO ORDERED.

Dated: August 20, 2020      _____
       New York, New York               JESSE M. FURMAN
                                              United States District Judge