UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BRAULIO THORNE, on behalf of himself and
all other persons similarly situated,
                              Plaintiffs,

          -against-                                    19 **CIVIL** 10072 (JMF)

## JUDGMENT

7-ELEVEN, INC.,
                              Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Dismissal Order dated August 20, 2020, Plaintiff was ordered to show cause by August 4, 2020, why this case should not be dismissed for failure to state a claim. Plaintiff has yet to file anything in response. In light of that, and in accordance with the Court's prior Order to Show Cause, this case is hereby DISMISSED with prejudice for the reasons stated in Mendez v. Papa Johns USA, Inc., 19-CV-9892, ECF No. 33, and Lopez v. The Stop & Shop Supermarket Company LLC, 19-CV-9913, ECF No. 39. Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:** New York, New York
           August 20, 2020

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                                   **BY:**
                                                        **Deputy Clerk**